1  VIRNA L.SANTOS, SBN 150017
   Santos Law Group
2  764 P Street, Suite #13
   Fresno, CA  93721
3  Tel: (559) 500-3900
   Fax: (559) 500-3902
4  Email: vsantoslg.com

5  Attorney for NOEL GONZALEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>NOEL GONZALEZ,<br><br>　　　　　　　Defendant. | Case No.  1:16-cr-00003-DAD-BAM<br><br>STIPULATION AND ORDER TO <u>CONTINUE SENTENCING HEARING</u> |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND KIMBERLY SANCHEZ, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, NOEL GONZALEZ by and through his attorney of record, Virna L. Santos, hereby requesting that the sentencing hearing currently set for September 25, 2017 be continued to February 5, 2018.

This continuance is based on Mr. Gonzalez's continued participation in the Teen Challenge program.  After successfully completing his drug treatment program, Mr. Gonzalez has been asked to serve in a leadership capacity to assist as a mentor to other participants in the program. That assignment is expected to last approximately four months.  I have corresponded with AUSA Kimberly Sanchez, who has no objection to continuing the sentencing hearing.

///

///

1

**IS SO STIPULATED.**

                                                  Respectfully Submitted,

DATED: August 7, 2017                 /s/ Virna L. Santos
                                                  VIRNA L. SANTOS
                                                  Attorney for Defendant
                                                  NOEL GONZALEZ

DATED: August 7, 2017                 /s/ Kimberly Sanchez
                                                  KIMBERLY SANCHEZ
                                                  Assistant U.S. Attorney

## **ORDER**

    The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for September 25, 2017, is continued until February 5, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **August 7, 2017**                                    _____
                                                             UNITED STATES DISTRICT JUDGE