VIRNA L.SANTOS, SBN 150017
Santos Law Group
1225 E. Divisadero Street
Fresno, CA 93721
Tel: (559) 500-3900
Fax: (559) 500-3902
Email: vsantoslg.com

Attorney for NOEL GONZALEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

   Plaintiff,

  v.

NOEL GONZALEZ,

   Defendant.

Case No.: 1:16-cr-00003-DAD-BAM

**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND KIMBERLY SANCHEZ, ASSISTANT UNITED STATES ATTORNEY:

  **COMES NOW** Defendant, NOEL GONZALEZ by and through his attorney of record, Virna L. Santos, hereby requesting that the sentencing hearing currently set for February 5, 2018 be continued to February 4, 2019.

  This continuance is based on Mr. Gonzalez's continued participation in Teen Challenge, Reedley and its reentry program. Mr. Gonzalez has recently joined the work force while continuing to live at Teen Challenge and serving in a mentorship capacity. The requested delay in his sentencing will allow Mr. Gonzalez to demonstrate long-term rehabilitation, a factor that will be considered by both parties' in making sentencing recommendations. AUSA Kimberly Sanchez, who has no objection to continuing the sentencing hearing.

1

IS SO STIPULATED.

Respectfully Submitted,

DATED: January 22, 2018				/s/ Virna L. Santos
							VIRNA L. SANTOS
							Attorney for Defendant
							NOEL GONZALEZ


DATED: January 22, 2018				/s/ Kimberly Sanchez
							KIMBERLY SANCHEZ
							Assistant U.S. Attorney


## **ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for February 5, 2018, is continued until February 4, 2019, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **January 22, 2018**			_____
							UNITED STATES DISTRICT JUDGE