VIRNA L.SANTOS, SBN 150017
Santos Law Group
764 P Street, Suite #13
Fresno, CA  93721
Tel: (559) 500-3900
Fax: (559) 500-3902
Email: vsantoslg.com

Attorney for NOEL GONZALEZ

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>NOEL GONZALEZ, )<br><br>Defendant. ) | Case No.: 1:16CR0003 DAD<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND KIMBERLY SANCHEZ, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, NOEL GONZALEZ by and through his attorney of record, Virna L. Santos, hereby requesting that the sentencing hearing currently set for February 4, 2019 be continued to July 29, 2019.

This continuance is based on Mr. Gonzalez's successful completion of two rehabilitation programs for a total of 22 months.  Mr. Gonzalez is now working full time and living at the Sober Living facility as well as serving as counselor.  Mr. Gonzalez is also performing well in pretrial release. I have corresponded with AUSA Kimberly Sanchez, who has no objection to continuing the sentencing hearing.

**IS SO STIPULATED.**

Respectfully Submitted,

DATED:  January 18, 2019                          /s/ Virna L. Santos__
                                                  VIRNA L. SANTOS
                                                  Attorney for Defendant
                                                  NOEL GONZALEZ


DATED:  January 18, 2019                          */s/_* Kimberly Sanchez
                                                  KIMBERLY SANCHEZ
                                                  Assistant U.S. Attorney


**ORDER**

        The sentencing hearing currently set for February 4, 2019 is hereby continued to July 29, 2019 at 10:00 a.m.


IT IS SO ORDERED.

        Dated:   __**January 18, 2019**__               _____
                                                        UNITED STATES DISTRICT JUDGE