VIRNA L.SANTOS, SBN 150017
Santos Law Group
1225 E. Divisadero Street
Fresno, CA 93721
Tel: (559) 500-3900
Fax: (559) 500-3902
Email: vsantoslg.com

Attorney for NOEL GONZALEZ

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NOEL GONZALEZ,<br><br>Defendant. | ) Case No.: 1:16CR0003 DAD<br>)<br>) **STIPULATION AND ORDER TO**<br>) **CONTINUE SENTENCING HEARING**<br>)<br>)<br>)<br>)<br>)<br>) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND KIMBERLY SANCHEZ, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, NOEL GONZALEZ by and through his attorney of record, Virna L. Santos, hereby requesting that the sentencing hearing currently set for August 5, 2019 be continued to October 7, 2019.

This continuance is based on Mr. Gonzalez's successful completion of two rehabilitation programs for a total of 27 months. Mr. Gonzalez is now working full time and living at the Sober Living facility as well as serving as counselor. Mr. Gonzalez is also performing well in pretrial release. I have corresponded with AUSA Kimberly Sanchez, who has no objection to continuing the sentencing hearing.

**IS SO STIPULATED.**

Respectfully Submitted,

DATED: July 17, 2019

/s/ Virna L. Santos__
VIRNA L. SANTOS
Attorney for Defendant
NOEL GONZALEZ

DATED: July 17, 2019

*/s/*_Kimberly Sanchez
KIMBERLY SANCHEZ
Assistant U.S. Attorney

## ORDER

The sentencing hearing currently set for August 5, 2019 is hereby continued to October 7, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  __**July 17, 2019**__

_____
UNITED STATES DISTRICT JUDGE