**VIRNA L. SANTOS, SBN #150017**
Santos Law Group
1225 E. Divisadero Street
Fresno, CA 93721
Telephone: (559)500-3900
Facsimile: (559) 500-3902
E-mail: vsantos@santoslg.com

Attorney for Defendant
NOEL GONZALEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:16CR00003DAD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| v. | |
| NOEL GONZALEZ, | |
| Defendant. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND KIMBERLY SANCHEZ, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, NOEL GONZALEZ, by and through his attorney of record, Virna L. Santos, hereby requesting that the sentencing hearing currently set for January 15, 2020 be continued to May 4, 2020.

This continuance is necessary to permit Mr. Gonzalez to have time to make preparations in advanced of an expected sentence of time in custody. Undersigned counsel has corresponded with AUSA Kimberly Sanchez, who has no objection to continuing the sentencing hearing to May 4, 2020.

**IS SO STIPULATED.**

DATED: January 9, 2020                      Respectfully Submitted,

                                                        /s/Virna L. Santos
                                                        VIRNA L. SANTOS
                                                        Attorney for Defendant
                                                        NOEL GONZALEZ

DATED: January 9, 2020                      /s/ KIMBERLY SANCHEZ
                                                        KIMBERLY SANCHEZ
                                                        Assistant U.S. Attorney

## ORDER

The sentencing hearing currently set for January 15, 2020 is hereby continued to May 4, 2020 at 10:00 a.m.

IT IS SO ORDERED.

   Dated: **January 10, 2020**             **/s/ Lawrence J. O'Neill**
                                                        UNITED STATES DISTRICT JUDGE