1  VIRNA L. SANTOS, SBN 150017
   Santos Law Group
2  1225 E. Divisadero Street
   Fresno, CA 93721
3  Tel: (559) 500-3900
   Fax: (559) 500-3902
4  Email: vsantoslg.com

5  Attorney for NOEL GONZALEZ

6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      )  Case No.: 1:16CR0003 DAD
                                  )
11            Plaintiff,          )  **STIPULATION AND ORDER TO**
                                  )  **CONTINUE SENTENCING HEARING**
12     v.                         )
                                  )
13 NOEL GONZALEZ,                 )
                                  )
14            Defendant.          )

15 TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A.

16 DROZD AND KIMBERLY SANCHEZ, ASSISTANT UNITED STATES ATTORNEY:

17     **COMES NOW** Defendant, NOEL GONZALEZ by and through his attorney of record,

18 Virna L. Santos, hereby requesting that the sentencing hearing currently set for August 11, 2020

19 be continued to February 22, 2021.

20     This continuance is based on Mr. Gonzalez's successful completion of two rehabilitation

21 programs and has performed well in pretrial release for nearly four years. I have corresponded

22 with AUSA Kimberly Sanchez, who has no objection to continuing the sentencing hearing.

23 ///

24 ///

25 ///

**IS SO STIPULATED.**

                                              Respectfully Submitted,

DATED:  July 20, 2020                                                /s/ Virna L. Santos
                                                                VIRNA L. SANTOS
                                                                 Attorney for Defendant
                                                                 NOEL GONZALEZ

DATED:  July 20, 2020                                                */s/* Kimberly A. Sanchez
                                                                KIMBERLY A. SANCHEZ
                                                                Assistant U.S. Attorney

## ORDER

The sentencing hearing currently set for August 11, 2020 is hereby continued to February 22, 2021 at 10:00 a.m. in Courtroom 5.

IT IS SO ORDERED.

Dated:  **July 21, 2020**                                            _/s/ Dale A. Drozd_
                                                                 UNITED STATES DISTRICT JUDGE