VIRNA L. SANTOS, SBN 150017
Santos Law Group
1225 E. Divisadero Street
Fresno, CA 93721
Tel: (559) 500-3900
Fax: (559) 500-3902
Email: vsantoslg.com

Attorney for NOEL GONZALEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NOEL GONZALEZ,<br><br>　　　　Defendant. | Case No.: 1:16CR0003 DAD<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND KIMBERLY SANCHEZ, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, NOEL GONZALEZ by and through his attorney of record, Virna L. Santos, hereby requesting that the sentencing hearing currently set for February 22, 2021 be continued to October 25, 2021.

This continuance is based on Mr. Gonzalez's successful completion of two rehabilitation programs and has performed well in pretrial release for four years. I have corresponded with AUSA Kimberly Sanchez, who has no objection to continuing the sentencing hearing.

///

///

///

**IS SO STIPULATED.**

                                          Respectfully Submitted,

DATED: January 25, 2021　　　　　　　　　　/s/ Virna L. Santos
　　　　　　　　　　　　　　　　　　　　　　VIRNA L. SANTOS
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　NOEL GONZALEZ

DATED: January 25, 2021　　　　　　　　　　/s/ Kimberly A. Sanchez
　　　　　　　　　　　　　　　　　　　　　　KIMBERLY A. SANCHEZ
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

### ORDER

The sentencing hearing currently set for February 22, 2021 is hereby continued to October 25, 2021 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **January 26, 2021**　　　　　　　　　　/s/ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE