VIRNA L. SANTOS, ESQ., SBN 150017
Santos Law Group
1225 E. Divisadero St
Fresno, CA 93721
Office: (559) 500-3900
Fax: (559) 500-3902
E-mail: vsantos@santoslg.com

Attorney for NOEL GONZALEZ

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>NOEL GONZALEZ,<br><br>                Defendant. | Case No.: 1:16CR003 DAD-SKO<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING** |

      Defendant, NOEL GONZALEZ, by and through his attorney of record, Virna L. Santos, and Assistant United States Attorney Kimberly A. Sanchez, hereby requesting that the sentencing hearing currently set for October 25, 2021 be continued to February 22, 2022.

      This continuance is based on defense counsel's conflict with a state court trial.  Mr. Gonzalez continues to perform exceptionally well in pretrial release as he has for the past five years.  I have corresponded with AUSA Kimberly Sanchez, who has no objection to continuing the sentencing hearing and agrees to stipulate to the proposed new hearing date.

1

**IT IS SO STIPULATED.**

                                                Respectfully Submitted,

DATED:  September 24, 2021            /s/  Virna L. Santos
                                               VIRNA L. SANTOS
                                               Attorney for Defendant Noel Gonzalez

DATED:   September 24, 2021           */s/*  Kimberly A. Sanchez
                                               KIMBERLY A. SANCHEZ
                                               Assistant U.S. Attorney

## ORDER

The sentencing hearing currently set for October 25, 2021 is hereby continued to February 22, 2022 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **September 24, 2021**   /s/ Dale A. Drozd
                                                   UNITED STATES DISTRICT JUDGE