VIRNA L. SANTOS, ESQ., SBN 150017
Santos Law Group
1225 E. Divisadero St
Fresno, CA 93721
Office: (559) 500-3900
Fax: (559) 500-3902
E-mail: vsantos@santoslg.com


Attorney for NOEL GONZALEZ


**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:16CR003 DAD-SKO |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **SENTENCING HEARING** |
| ) | |
| v. ) | |
| ) | |
| NOEL GONZALEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

        Defendant, NOEL GONZALEZ, by and through his attorney of record, Virna L.

Santos, and Assistant United States Attorney Kimberly A. Sanchez, hereby requesting that the

sentencing hearing currently set for February 22, 2022, be continued to June 13, 2022.

        This continuance is based on Mr. Gonzalez's recent medical diagnosis and need for

treatment. Mr. Gonzalez continues to perform exceptionally well in pretrial release as he has

for the past five years. I have corresponded with AUSA Kimberly Sanchez, who has no

objection to continuing the sentencing hearing and agrees to stipulate to the proposed new

hearing date.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED:  January 21, 2022          /s/ Virna L. Santos_____
VIRNA L. SANTOS
Attorney for Defendant Noel Gonzalez

DATED:  January 21, 2022          /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

**ORDER**

The sentencing hearing currently set for February 22, 2022 is hereby continued to June 13, 2022 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **January 24, 2022**   _Dale A. Drozd_____
UNITED STATES DISTRICT JUDGE