VIRNA L. SANTOS, ESQ., SBN 150017
Santos Law Group
1225 E. Divisadero Street
Fresno, CA 93721
(559) 500-3900
(559) 500-3902 (Fax)
vsantos@santoslg.com

Attorney for NOEL GONZALEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:16-CR-0003-DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | MOTION TO WITHDRAW AS COUNSEL OF RECORD AND APPOINT CJA COUNSEL |
| NOEL GONZALEZ, | |
| Defendant. | |

Virna L. Santos, appointed counsel of record in the above-captioned case, hereby moves for an order allowing her to withdraw as counsel of record and for the appointment of new counsel to represent NOEL GONZALEZ.  As grounds she states:

1. Virna L. Santos was appointed to represent defendant on February 19, 2016.

2. At the time of appointment, the undersigned was a member of the Criminal Justice Act Panel for the Eastern District of California.

3. Undersigned counsel has accepted a judicial appointment to the Fresno County Superior Court, and consequently, must close her private practice.

4. Defendant Jorge Negrete is still in need of counsel.  The Federal Public Defender has contacted Assistant Federal Defender Reed Grantham, who is available to assume representation.

- 1

5. Accordingly, undersigned counsel requests that she be permitted to withdraw and that new counsel, Assistant Federal Defender Reed Grantham (Reed_Grantham@fd.org), be appointed. Undersigned counsel requests that she be removed from the service list.

DATED: May 13, 2022                    /s/ Virna L. Santos
                                       VIRNA L. SANTOS
                                       Attorney for Defendant
                                       NOEL GONZALEZ

## ORDER

Attorney Virna L. Santos' motion to withdraw as counsel is hereby GRANTED and her name should be removed from the service list. Assistant Federal Defender is hereby appointed as counsel.

IT IS SO ORDERED.

Dated:   **May 13, 2022**                  _____
                                           UNITED STATES DISTRICT JUDGE

- 2