HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
NOEL GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:16-cr-00003-DAD-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER** |
| vs. | |
| NOEL GONZALEZ, | Date: August 29, 2022<br>Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Dale A. Drozd |

　　　　IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Kimberly Sanchez, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Noel Gonzalez, that the sentencing hearing currently scheduled in the above-captioned matter for June 13, 2022, at 9:00 a.m., before the Honorable Dale A. Drozd, be continued to August 29, 2022, at 9:00 a.m.

　　　　Mr. Gonzalez previously entered a plea of guilty to Count 1 of the Indictment pursuant to a plea agreement on August 18, 2016. *See* Dkt. #15, #14. Thereafter, Mr. Gonzalez was ordered released to the Teen Challenge program on August 19, 2016. *See* Dkt. #16. A draft Presentence Investigation Report (PSR) and a final PSR were created on December 27, 2017, and January 17, 2018, respectively. *See* Dkt. #19, #20. A hearing was held on October 7, 2019, however, the Court did not proceed with sentencing in light of a request from the defense to explore

sentencing alternatives. *See* Dkt. #29. The matter was thereafter continued on several occasions, most recently due to issues relating to Mr. Gonzalez's health and a recent diagnosis. *See* Dkt. #45. On May 13, 2022, previous defense counsel filed a motion to withdraw and undersigned defense counsel was appointed on May 31, 2022. *See* Dkt. #46, #48.

    Newly appointed undersigned counsel has communicated with government counsel and the parties are in the process of reaching a resolution as to how to proceed in this case. Undersigned counsel is in need of additional time to discuss a recent government proposal with Mr. Gonzalez, to finalize the documents necessary to proceed in this matter, and to prepare for sentencing. Accordingly, for these reasons, the parties request that the sentencing hearing currently set in this case for Monday, June 13, 2022, be continued to Monday, August 29, 2022, so that the parties can further discuss the government's proposal, so that defense counsel can discuss this proposal with Mr. Gonzalez, and so that the parties have sufficient time to prepare for a sentencing.

    The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for both parties. As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

PHILLIP A. TALBERT  
United States Attorney

Date: June 8, 2022      */s/ Kimberly Sanchez*  
KIMBERLY SANCHEZ  
Assistant United States Attorney  
Attorney for Plaintiff

HEATHER E. WILLIAMS  
Federal Defender

Date: June 8, 2022      */s/ Reed Grantham*  
REED GRANTHAM  
Assistant Federal Defender  
Attorney for Defendant  
NOEL GONZALEZ

**O R D E R**

IT IS HEREBY ORDERED that the sentencing hearing scheduled for Monday, June 13, 2022, at 9:00 a.m. be continued to Monday, August 29, 2022, at 9:00 a.m. before the assigned District Judge.

IT IS SO ORDERED.

Dated:   **June 8, 2022**

UNITED STATES DISTRICT JUDGE