AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
### for the

Eastern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  1:16-CR-00003 DAD |
| | ) | |
| | ) | |
| NOEL GONZALEZ | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:   August 17, 2022

*/s/ Noel Gonzalez*
_____
*Defendant's signature*

*/s/ Reed Grantham*
_____
*Signature of defendant's attorney*

Reed Grantham
_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

Ana de Alba, United States District Judge
_____
*Judge's printed name and title*