HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
NOEL GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:16-cr-00003-ADA-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER** |
| vs. | |
| NOEL GONZALEZ, | Date:   November 14, 2022<br>Time:  8:30 am |
| Defendant. | Judge: Hon. Ana de Alba |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Kimberly Sanchez, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Noel Gonzalez, that the sentencing hearing currently scheduled in the above-captioned matter for October 11, 2022, at 8:30 a.m., before the Honorable Ana de Alba, be continued to November 14, 2022, at 2:30 p.m., for an in-person sentencing hearing.

Mr. Gonzalez previously entered a plea of guilty to Count 1 of the Indictment pursuant to a plea agreement on August 18, 2016. *See* Dkt. #15, #14. Thereafter, Mr. Gonzalez was ordered released to the Teen Challenge program on August 19, 2016. *See* Dkt. #16. A draft Presentence Investigation Report (PSR) and a final PSR were created on December 27, 2017, and January 17, 2018, respectively. *See* Dkt. #19, #20. A hearing was held on October 7, 2019, however, the

Court did not proceed with sentencing in light of a request from the defense to explore sentencing alternatives. *See* Dkt. #29.

On August 23, 2022, the parties filed a new plea agreement (*see* Dkt.# 54), a waiver of indictment form (*see* Dkt. #55), and an information (*see* Dkt. #56). Thereafter, on August 29, 2022, Mr. Gonzalez was permitted to withdraw his previously entered plea of guilty to Count 1 of the January 14, 2016 Indictment, he then entered a plea of guilty to Count 1 of the August 23, 2022 Information, and sentencing was set for October 11, 2022. *See* Dkt. #59. On September 26, 2022, a revised PSR was filed in the case. *See* Dkt. #61. Undersigned counsel for Mr. Gonzalez is in the process of obtaining records relevant for sentencing and requires additional time to proceed in this matter. Accordingly, for these reasons, the parties request that the sentencing hearing currently set in this case for Tuesday, October 11, 2022, be continued to Monday, November 14, 2022, so that the parties have sufficient time to prepare for a sentencing.

The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for both parties. As this is a sentencing hearing, no exclusion of time is necessary.

    Respectfully submitted,

    PHILLIP A. TALBERT
    United States Attorney

Date: October 4, 2022    */s/ Kimberly Sanchez*
    KIMBERLY SANCHEZ
    Assistant United States Attorney
    Attorney for Plaintiff

    HEATHER E. WILLIAMS
    Federal Defender

Date: October 4, 2022    */s/ Reed Grantham*
    REED GRANTHAM
    Assistant Federal Defender
    Attorney for Defendant
    NOEL GONZALEZ

**O R D E R**

IT IS HEREBY ORDERED that the sentencing hearing scheduled for Tuesday, October 11, 2022, at 8:30 a.m. be continued to Monday, November 14, 2022, at 2:30 p.m., for an in-person sentencing hearing.

IT IS SO ORDERED.

Dated:   October 4, 2022

UNITED STATES DISTRICT JUDGE