UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:16-cr-00003-TLN-EPG-1 |
| Plaintiff, | |
| vs. | **ORDER** |
| NOEL GONZALEZ, | |
| Defendant. | |

Before the Court is Defendant Noel Gonzalez ("Defendant") unopposed Motion for Early Termination of Probation. (ECF No. 68.) For the reasons set forth below, the Court GRANTS Defendant's motion.

Defense counsel has conferred with counsel for the Government, Assistant United States Attorney Justin Gilio, as well as Defendant's probation officer, United States Probation Officer Adrian Garcia. Neither the Government nor probation objects to Defendant's request.

18 U.S.C. § 3564(c) grants this Court the power to terminate a term of probation at any time after the expiration of one year on a felony case, pursuant to the provisions of Federal Rule of Criminal Procedure Rule 32.1(c), provided the Court is satisfied that such action is warranted by the conduct of the defendant and in the interests of justice. *See* 18 U.S.C. § 3564(c).

On August 29, 2022, Defendant pleaded guilty to one count of possession with intent to distribute methamphetamine. (ECF No. 56.) Defendant was sentenced to a 5-year term of probation on November 28, 2022. (ECF No. 66.) Defendant's term of probation began on

November 28, 2022.

As of the date of this filing, Defendant has been on probation for approximately 3 years and 3 months.  Prior to being placed on probation, Defendant was on pretrial release between August 22, 2016, and November 28, 2022, a period of 6 years and 3 months.  Taken together, Defendant has been under some kind of supervision in this matter for approximately 9 years and 6 months. While on pretrial release, Defendant successfully completed the Teen Challenge program.  Thereafter, Defendant established a positive life for himself and had no violations of pretrial release.  Defendant continued his success while on probation.  Although Defendant suffers from physical limitations that inhibit his ability to work, he is a volunteer at his church and has prosocial familial and community support.  At this time, Defendant is not receiving services from probation and probation is supporting early termination.

On October 27, 2025, Defendant's probation officer contacted defense counsel's office via email and indicated that probation was recommending early termination of probation in Defendant's case.  On February 17, 2026, Assistant United States Attorney Justin Gilio indicated via email that the Government did not have an objection to early termination of probation in this matter.  The instant motion was provided to Government counsel and Defendant's probation officer.  As stated previously, neither the Government nor probation objects to this request.

Based on the foregoing, defense counsel submits that early termination of probation is warranted based on the conduct of Defendant and is in the interest of justice.  Accordingly, pursuant to 18 U.S.C. § 3564(c), the Court hereby terminates Defendant's term of probation and GRANTS Defendant's motion (ECF No. 68).

IT IS SO ORDERED.

Date: February 23, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE